UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENIA MURPHY ) | |
| ) | Case Number 2:12-cv-04894 |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| A WHOLLY-OWNED ) | NOTICE OF VOLUNTARY |
| SUBSIDIARY OF PORTFOLIO ) | DISMISSAL WITHOUT |
| RECOVERY ASSOCIATES, INC. ) | PREJUDICE |
| ) | |
| Defendant ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Eugenia Murphy, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: /s/Brent F. Vullings
Brent F. Vullings, Esquire
Vullings Law Group, LLC
3953 Ridge Pike
Suite 102
Collegeville, PA  19426
610-489-6060
610-489-1997 fax
bvullings@vullingslaw.com